UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION HEALTH & WELFARE FUND, *et al.* | )<br>)<br>) |
| Plaintiffs, | ) |
| v. | ) C. A. No. |
| | ) |
| COALFIELD COMMUNITY ACTION PARTNERSHIP, INC. d/b/a MINGO COMMUNITY ACTION PARTNERSHIP, INC. | )<br>)<br>)<br>)<br>)<br>) |
| Defendant. | ) |

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for Plaintiffs Service Employees International Union Health & Welfare Fund, *et al.*, certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries or affiliates of Plaintiffs which have any outstanding securities in the hands of the public. These representations are made in order that judges of this court may determine the need for recusal.

Respectfully submitted,

_____/s/_____
Richard C Welch
D.C. Bar No.485756
Mooney, Green, Baker & Saindon, P.C.
1920 L Street, N.W., Suite 400
Washington, D.C. 20036
(202) 783-0010
(202) 783-6088
Counsel for Plaintiffs

Date: August 12, 2008